DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROCHELLE SILVER,**
Appellant,

v.

**BLAIR DIMITRO,**
Appellee.

No. 4D21-2804

[May 19, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Laura Johnson, Judge; L.T. Case No. 502016DR009066XXXMB.

Rochelle Silver, Boynton Beach, pro se.

No briefs filed for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, GERBER and KUNTZ, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***